# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 2 C 7345 | **DATE** | 12/23/2003 |
| **CASE TITLE** | For Your Ease Only, Inc. vs. Calgon Carbon Corporation | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter order. It is therefore hereby ordered that plaintiff/counterclaim defendant's motion to stay pending reexamination is granted, and that such stay applies to all proceedings, orders, discovery and deadlines of this cause, including but not limited to any deadline for filing an objection to the Magistrate Judge's discovery order dated 12/4/2003 to the District Court (which is continued until five (5) business days after the stay is lifted generally). Any party many ask for leave to reinstate discovery in this cause, either generally or for specific purpose, for good reason shown. See order for further details.

(11) ■ [For further detail see order attached to the original minute order.]

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| FOR YOUR EASE ONLY, INC., an Illinois Corporation, Plaintiff, v. CALGON CARBON CORPORATION, a Delaware Corporation, PRODUCT CONCEPTS COMPANY, a Corporation, and MARK SCHNEIDER, an individual, Defendants, | Civil Action No. 02 C 7345 <br><br> The Honorable Wayne Andersen <br><br> Magistrate Judge Nan Nolan |
| CALGON CARBON CORPORATION, a Delaware Corporation, Counterclaim Plaintiff, v. FOR YOUR EASE ONLY, INC., an Illinois Corporation, and LORI GREINER, an individual, Counterclaim Defendants. | |

## ORDER

THIS CAUSE coming to be heard before the Court on the Motion to Stay Pending Reexamination of Plaintiff/Counterclaim Defendant, FOR YOUR EASE ONLY, INC., the Court having jurisdiction over the subject matter and parties herein, being otherwise fully advised in the pleadings and premises, and hearing oral argument by the parties regarding such Motion, finds that there is good cause for such Motion for Stay to be granted.

**IT IS THEREFORE HEREBY ORDERED** that Plaintiff/Counterclaim Defendant's Motion to Stay Pending Reexamination is GRANTED, and that such stay applies to all proceedings, orders, discovery and deadlines of this cause, including but not limited to any

deadline for filing an objection to the Magistrate Judge's discovery order dated December 4, 2003 to the District Court (which is continued until five (5) business days after the stay is lifted generally). Any party may ask for leave to reinstate discovery in this cause, either generally or for a specific purpose, for good reason shown.

Plaintiff/Counterclaim Defendant is directed to inform the Court within 30 days of the final resolution of the reexamination proceeding(s) regarding the '628 patent that the proceeding has been finally resolved, if the case is not settled or otherwise resolved by that date. At that time the Court on motion or sua sponte shall schedule a status conference pursuant to Fed. R. Civ. P. 16 to determine a schedule for reopening and proceeding with the case.

SO ORDERED:

Judge Wayne R. Andersen

Date: December 23, 2004

Donald B. Levine, #01637355
Saskia Nora Bryan, #06255682
LEVIN & GINSBURG LTD.
180 North LaSalle Street, 22nd Floor
Chicago, IL 60601
(312) 368-0100

*Appearing Pro Hac Vice*
Daniel W. McDonald, #168580
Deakin T. Lauer, #
MERCHANT & GOULD PC
3200 IDS Center, 80 South Seventh Street
Minneapolis, MN 55402-2215
(612) 332-5300