IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FOR YOUR EASE ONLY, INC.,

    Plaintiff,

vs.

CALGON CARBON CORPORATION, and
PRODUCT CONCEPTS COMPANY and
MARK SCHNEIDER,

    Defendant.

Civil Action No.02 C 7345

## MEMORANDUM OF JUDGMENT

On February 22, 2007 judgment was entered in this Court in favor of the Plaintiff, For Your Ease Only, Inc. and against the Defendants, Product Concepts Company, whose address is 120 West Crown Point Boulevard, Suite 104, Winter Gardens, FL and against Mark Schneider, an individual, whose address, 1600 East Robinson Street, Suite 250, Orlando, FL in the amount of $2,190,550.93.

                                          District Court Judge Wayne R. Andersen

                                          February 22, 2007

Marshall J. Burt, Esq.
Law Offices of Marshall J. Burt
Attorney for the Plaintiff
77 West Washington Street
Suite 1900
Chicago, IL 60602
312.419.1999
mjburt@mindspring.com