For the reasons set forth in the court's Memorandum, Opinion and Order, FYEO's motion for a turnover order as to Calgon Carbon Corporation [329] is denied. Because Schneider and/or PCC have no legal right to the 15% commission payments Calgon made to Synergy, FYEO has no right to the $99,426 Calgon has in reserve or to any future commission payments.